# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CONLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LYN S. CONLEY, *et al.*,<br><br>　　　　Defendants. | Case No. 1:17-cv-01629-DAD-EPG<br><br>**ORDER GRANTING IN FORMA PAUPERIS APPLICATION**<br><br>(ECF No. 2) |

Plaintiff Matthew Conley commenced this action on December 7, 2017. (ECF No. 1.) Plaintiff has filed an application to proceed *in forma pauperis*. (ECF No. 2.) Plaintiff has made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, the request to proceed *in forma pauperis* is GRANTED.

As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of every *pro se* complaint to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment.

Plaintiff's complaint will be screened in due course and Plaintiff will be served with the resulting order.

IT IS SO ORDERED.

Dated: **December 8, 2017**　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE